

**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

March 9, 2005

<u>**By Hand Delivery & ECF**</u>

The Honorable Mary Pat Thynge
U. S. District Court for the District of Delaware
Lock Box 8 - 844 North King Street
Wilmington, DE 19801

  *Re:* ***Leary Enterprises, Inc. v. The Travelers Indemnity Company***
    ***C.A. No. 04-1238 JJF***

Dear Judge Thynge:

We represent the plaintiff in this case.

In an Order dated February 8, 2005, Your Honor scheduled a teleconference for Monday, March 14, 2005 at 9:30 a.m. to discuss ADR.

Enclosed for the Court's information is a copy of a Memorandum Order dated February 23, 2005 granting plaintiff's motion for a stay pending resolution of a related criminal case in this Court.

While plaintiff would otherwise be prepared to proceed with ADR, we believe that the stay should also apply to the ADR process.

Unless we hear otherwise from the Court, we will initiate the teleconference on March 14, 2005.

Respectfully,

Robert J. Katzenstein
RJK/mcm
Enclosure
cc: Clerk of the Court (by ECF)
   Armand J. Della Porta, Esquire (by hand with enclosure)

10000534.WPD