# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEARY ENTERPRISES, INC., a Delaware corporation, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    C. A. No. 04-1238-JJF <br> : |
| THE TRAVELERS INDEMNITY COMPANY, | : <br> : <br> : |
| Defendant. | : |

## ORDER

At Wilmington this **22nd** day of **April, 2005**.

IT IS ORDERED that the teleconference scheduled for Wednesday, April 20, 2005 at 9:30 a.m. with Magistrate Judge Thynge to discuss the tentative mediation has been rescheduled for **Friday, May 6, 2005 at 8:30 a.m. Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE