IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEARY ENTERPRISES, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>  v.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>             Defendant. | :<br>:<br>:<br>:<br>:<br>:  C. A. No. 04-1238-JJF<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington, this **26th** day of **July, 2005.**

IT IS ORDERED that in light of Mr. Katzenstein's letter to the Court dated July 20, 2005, the tentative mediation for August has been canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                        /s/ Mary Pat Thynge
                                        UNITED STATES MAGISTRATE JUDGE