IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEARY ENTERPRISES, INC., a Delaware corporation, ) ) ) Plaintiff, ) ) v. ) ) THE TRAVELERS INDEMNITY COMPANY, ) ) ) ) Defendant. ) | C.A. No. 04-1238-JJF |

**MOTION TO WITHDRAW AS ATTORNEYS FOR PLAINTIFF**

Pursuant to Local Rule 83.7, Robert J. Katzenstein and Smith, Katzenstein & Furlow, LLP (together, "SKF"), attorneys for plaintiff, respectfully move that the Court permit SKF to withdraw their appearance as attorneys in this case for plaintiff Leary Enterprises, Inc. In support thereof, SKF states the following:

1. SKF believes that good cause exists to terminate their representation of plaintiff under Rule 1.16 of the Delaware Rules of Professional Conduct. The undersigned, Robert J. Katzenstein, hereby certifies that withdrawal can be accomplished without material adverse effect on the interests of the plaintiff.

2. While this motion is being served on Travis Leary and Paul J. Leary, Sr., pursuant to Local Rule 83.7, the undersigned hereby certifies that he previously sent written notice that this motion would be filed and that each of the two Messrs. Leary provided written acknowledgment of the receipt of such notice.

04091|MOT|10027295.WPD

                                SMITH, KATZENSTEIN & FURLOW LLP

                                */s/ Robert J. Katzenstein*
                                Robert J. Katzenstein (Delaware Bar ID No. 378)
                                800 Delaware Avenue, 10th Floor
                                P.O. Box 410
                                Wilmington, DE 19899 (Courier 19801)
                                Telephone:    302.652.8400
                                Telecopy:     302.652.8405
                                Attorneys for Leary Enterprises, Inc., plaintiff

Dated: June 20, 2007