IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEARY ENTERPRISES, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1238-JJF |
| THE TRAVELERS INDEMNITY COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

### ORDER

**HAVING CONSIDERED** Smith, Katzenstein & Furlow, LLP's motion to withdraw, and any responses thereto;

**IT IS HEREBY ORDERED** that Smith, Katzenstein & Furlow, LLP's motion to withdraw is **GRANTED**, and the firm's appearance is hereby withdrawn.

_____
Judge Joseph J. Farnan, Jr.

04091|MOT|10027295.WPD