## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2007, I served a true copy of the foregoing **MOTION TO WITHDRAW AS ATTORNEYS FOR PLAINTIFF** on the following parties and counsel of record, in the manner indicated:

| | |
|---|---|
| **BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED**<br>(RECEIPT NO. 7005 1820 0001 9465 1382)<br>Mr. Travis Leary 04880-015<br>P.O. Box 2000<br>Lewisburg, PA 17387 | **BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED**<br>(RECEIPT NO. 7005 1820 0001 9465 1436)<br>Mr. Paul J. Leary, Sr.<br>695 Churchmans Road<br>Newark, DE 19702 |

**BY E-FILE**
Armand J. Della Porta, Jr., Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899

_____
Robert J. Katzenstein (ID No. 378)