IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEARY ENTERPRISES, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1238-JJF |
| THE TRAVELERS INDEMNITY COMPANY | : |
| Defendant. | : |

### ORDER

WHEREAS, pursuant to Local Rule 83.7, Robert J. Katzenstein and Smith, Katzenstein & Furlow, LLP (collectively, "SKF"), attorneys for Plaintiff, filed a Motion To Withdraw As Attorneys For Plaintiff (D.I. 25);

WHEREAS, SKF represents that good cause exists to terminate their representation of Plaintiff under Rule 1.16 of the Delaware Rules of Professional Conduct, and that withdrawal can be accomplished without material adverse effect on Plaintiff's interests;

WHEREAS, SKF has complied with all service obligations of Local Rule 83.7;

NOW THEREFORE IT IS HEREBY ORDERED that Robert J. Katzenstein and Smith, Katzenstein & Furlow, LLP's Motion To Withdraw As Attorneys For Plaintiff (D.I. 25) is **GRANTED**.

July 17, 2007
DATE

UNITED STATES DISTRICT JUDGE