IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEARY ENTERPRISES, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1238-JJF |
| THE TRAVELERS INDEMNITY COMPANY, | : |
| Defendant. | : |

### O R D E R

WHEREAS, mediation in the above-captioned action was held in abeyance by order of the Magistrate Judge in light of a pending criminal matter (D.I. 23);

WHEREAS, counsel for Plaintiff was required to periodically update the Magistrate Judge regarding the criminal matter;

WHEREAS, counsel for Plaintiff has since withdrawn from his representation of Plaintiff, and Plaintiff is proceeding pro se;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The parties shall submit a status letter regarding this action no later than **Friday, November 2, 2007.**

2. The Clerk shall serve a copy of this letter to the last known address for Plaintiff as indicated on the Certificate of Service attached to the Motion To Withdraw As Attorney For Plaintiff (D.I. 25).

October 18, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE