10/28/07

OFFICE OF THE CLERK
US DISTRICT COURT
844 N. KING ST. LOCK BOX 18
WILM. DE 19801



RE: LEARY ENTERPRISES INC. V.
THE TRAVELERS INDEMNITY COMPANY
CA. NO. 04-1238-JJF

DEAR SIR OR MADAM,

I HAVE JUST RECEIVED A COPY OF THE ORDER DATED OCTOBER 18, 07. I AM PRESENTLY INCARCERATED AT THE FEDERAL PRISON CAMP IN LEWISBURG, PEN.

I AM SCHEDULED TO BE RELEASED IN APRIL 2009. IN MY PRESENT CIRCUMSTANCES I AM HAVING DIFFICULTY ARRANGING NEW COUNSEL TO REPRESENT MY INTERESTS IN THIS MATTER. THOUGH I INTEND TO DO SO I, THEREFORE, RESPECTFULLY REQUEST THAT THIS CASE REMAIN OPEN, AND MEDIATION HELD IN ABEYANCE

IF THE COURT REQUIRES ANYTHING FURTHER OF ME, PLEASE DO NOT HESITATE TO CONTACT ME A THE BELOW ADDRESS

RESPECTFULLY

[signature]

TRAVIS LEARY
04880-015
P.O. BOX 2000
LEWISBURG, PA 17837

Inmate Name: Travis Cerny
Register Number: 04880-05

Federal Prison Camp
P.O. Box 2000
Lewisburg, PA 17837

HARRISBURG PA
30 OCT 2007

Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, DE. 19801-3570