Office of The Clerk
Us District Court
844 N. King St LockBox 18
Wilm. DE 19801

FILED
NOV - 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
R scanned

10/28/07

RE: Leary Enterprises Inc. v.
The Travelers Indemnity Co.
CA. No. 04-1238 JJF

Dear Sir or Madam:

I have not yet received a copy of the Order dated Oct. 18, 2007 but anticipate that I will receive a copy.

I am presently incarcerated at the Federal Prision Camp in Lewisburg, PA. I am scheduled to be released in April 2009. In my present circumstances, I am having difficulty arranging new counsel to represent my interest in this matter. Though I intent to do so I, therefore, respectfully request that this case remain open, and mediation held in abeyance.

If the court request any thing further of me, Please Do not hesitate to contact me at the below Address.

Respectfully
Paul Leary Jr.

Paul Leary Jr
04879-015
P.O. Box 2000
Lewisburg PA 17837

Inmate Name: Travis Cerny
Register Number: 04880-05

Federal Prison Camp
P.O. Box 2000
Lewisburg, PA 17837

Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, DE. 19801-3570